UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT C. RHODES, | CASE NO. CV 11-2931-PSG (PJW) |
|                Petitioner, | |
|               v. | J U D G M E N T |
| UNKNOWN, | |
|                Respondent. | |

Pursuant to the "Order Denying Request for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

IT IS ADJUDGED that the Request is denied and the action is dismissed without prejudice.

DATED:      April 18, 2011      .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd